IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ARLENE COOK | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:12-CV-00749 |
| | ) JUDGE HAYNES |
| THE HARTFORD AND GROUP LONG | ) |
| TERM DISABILITY PLAN FOR | ) |
| EMPLOYEES OF VANDERBILT | ) |
| UNIVERSITY | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION TO EXCUSE LEAD COUNSEL FROM INITIAL CASE MANAGEMENT CONFERENCE, OR, ALTERNATIVELY JOINT MOTION TO CONTINUE**

Now come Plaintiff Arlene Cook ("Plaintiff") and Defendants Hartford Life and Accident Insurance Company ("Hartford"), incorrectly named in Plaintiff's Complaint as The Hartford, and Group Long Term Disability Plan for Employees of Vanderbilt University ("Vanderbilt LTD Plan" or collectively "Defendants") and file this joint motion to excuse lead counsel from participation in the initial case management conference set for Monday, September 10, 2012. In support of this motion, the parties state as follows:

1. This ERISA-governed action, brought by Plaintiff Arlene Cook, seeks to recover benefits under a group long term disability policy issued by Hartford.

2. The initial case management conference is set for Monday, September 10, 2012, and an ERISA-tailored proposed case management order was filed on Friday, September 7, 2012. [Doc. 34].