IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ARLENE COOK, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 3:12-0749 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| THE HARTFORD, et al., | ) | |
| Defendants. | ) | |

## ORDER

Upon review of the file, I hereby recuse myself in the above-styled action. This case shall be returned to the Clerk for reassignment.

It is so **ORDERED**.

**ENTERED** this the 10th day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge