IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ARLENE COOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-0749 |
| ) | Judge Trauger |
| THE HARTFORD and GROUP LONG TERM ) | |
| DISABILITY PLAN FOR EMPLOYEES OF ) | |
| VANDERBILT UNIVERSITY, ) | |
| ) | |
| Defendants. ) | |

### **O R D E R**

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED.**

ENTER this 11th day of September 2012.

_____
ALETA A. TRAUGER
U.S. District Judge