```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

ARLENE COOK,                    )
                                )
    Plaintiff            )
                                )   Case No. 3:12-0749
v.                              )   Judge Campbell/Brown
                                )
THE HARTFORD, *et al.*,         )
                                )
    Defendants           )

### O R D E R

This matter has now been referred to the undersigned for case management (Docket Entry 40). In reviewing the file it appears that a proposed case management order (Docket Entry 34) was submitted on September 7, 2012.

The Magistrate Judge has reviewed the proposed initial case management order and is concerned that the deadline for motions to be filed for judgment on the administrative record are over a year away.

The parties proposed that the administrative record be filed no later than October 30, 2012. The Magistrate Judge does approve this date. However, the Magistrate Judge is concerned that the remaining dates, and in particular dates to propose additional parties, allow too much time. ERISA cases are supposed to be resolved inexpensively and quickly. The proposed order would not allow this to be decided, in all likelihood, until 2014.

In order to resolve these issues a telephone conference is set for **September 26, 2012, at 11:00 a.m. To participate in the**

**conference call, parties will call 615-695-2851 at the scheduled time.**

If the parties can arrive at a new proposed scheduling order which addresses some of the Magistrate Judge's concerns, they should submit it by **NOON, September 25, 2012, brownchambers@ tnmd.uscourts.gov.**

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge