IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ARLENE COOK | ) |
| | ) |
| v. | ) NO. 3-12-0749 |
| | ) JUDGE CAMPBELL |
| THE HARTFORD, et al. | ) |

ORDER

Pending before the Court are Defendants' Motion for Judgment on the Record (Docket No. 44) and Plaintiff's Motion for Entry of Judgment (Docket No. 46). For the reasons stated in the accompanying Memorandum, Defendants' Motion is GRANTED, and Plaintiff's Motion is DENIED. Judgment on the record is entered for Defendants.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE